UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. *et al.*,<br><br>       *Plaintiffs*,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>      *Defendants*. | Civil Action No. 22-2221 (TNM) |

## FIRST JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated September 23, 2022, the parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists.  *See* Compl, ECF No. 1.  The parties present the following information below:

1.      On October 4, 2022, the parties met and conferred regarding the scope of Plaintiffs' eight requests, as well as Defendants' processing and production of records responsive to these requests.  Plaintiffs have since agreed to exclude from processing and production for all eight requests potentially responsive emails that consist solely of (1) news articles, (2) press clips, and (3) emails forwarding news articles or press clips, but to the extent that such forwarded emails have no additional text or content of any kind from agency personnel.

Office of Information Policy ("OIP")

2.      Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

3.      For Request FOIA-2021-01221, OIP issued a response to Plaintiffs on August 23, 2022. Subsequently, OIP has conducted supplemental searches and is reviewing the initial results of those supplemental searches for responsiveness.  OIP will complete this initial review on or before November 4, 2022, and the parties will meet and confer about the results of OIP's supplemental searches.

4.      For Request FOIA-2021-01222, OIP provided its final response to Plaintiffs on March 8, 2022, explaining that no records responsive to the request were located.  Based on meet and confer discussions, OIP has committed to providing Plaintiffs with an informal search summary to facilitate further meet and confer discussions.

5.      For Request FOIA-2021-01223, OIP has completed its search for records potentially responsive to this request and will provide its final response on or before November 4, 2022.

6.      For Request FOIA-2021-01224, OIP has completed its initial searches for records potentially responsive to this request and is reviewing the initial results of those searches for responsiveness.  OIP will complete this initial review on or before November 4, 2022, and the parties will meet and confer about the results of OIP's initial searches.

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

7.      Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

8.      For Request #2021-0731, ATF has completed its initial search and identified approximately 6,019 pages potentially responsive to this request.  ATF will make its first production of responsive records for this request on or before December 1, 2022.

9.      For Request #2021-0732, ATF completed its initial search and identified approximately 4,023 pages potentially responsive to this request.  ATF will make its first production of responsive records for this request on or before December 1, 2022.

10.     For Request #2022-00050, ATF issued its final response on September 1, 2022. Plaintiffs have requested that ATF provide search summaries for this request, and the parties will continue to meet and confer about ATF's response.

11.     For Request #2022-00064, ATF completed its search and identified approximately 1,712 pages potentially responsive to this request.  ATF will make its first production of responsive records for this request on or before December 1, 2022.

12.     For Request Numbers 2021-0731, 2021-0732, and 2022-00064, ATF will review no fewer than 500 pages per month, and make rolling productions every thirty days of any responsive documents and/or portions thereof it contends are non-exempt until all records are processed.

<u>Parties' Schedule</u>

Given these developments, the parties believe that establishing a summary judgment briefing schedule and filing of a *Vaughn* index are premature at this time.  Defendants do not intend to move for an *Open America* stay at this time.  The parties propose filing another status report in sixty days, or on or before December 23, 2022, to update the Court on the progress of Defendants' search, processing, and/or productions.  The parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues. .

*****

Dated: October 25, 2022

  */s/Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115
Ktownsend@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:        */s/*
    ERIKA OBLEA, D.C. Bar # 1034393
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2567
    erika.oblea@usdoj.gov

*Counsel for Defendants*