UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>   *Defendants*. | Civil Action No. 22-2221 (TNM) |

### SECOND JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 26, 2022, the parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl, ECF No. 1. The parties present the following information:

1. On October 4, 2022, the parties met and conferred regarding the scope of Plaintiffs' eight requests, as well as Defendants' processing and production of records responsive to these requests. Plaintiffs have since agreed to exclude from processing and production for all eight requests potentially responsive emails that consist solely of (1) news articles, (2) press clips, and (3) emails forwarding news articles or press clips, but to the extent that such forwarded emails have no additional text or content of any kind from agency personnel.

Office of Information Policy ("OIP")

2. Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

3.      For Request FOIA-2021-01221, OIP issued a response to Plaintiffs on August 23, 2022. OIP previously reported that it conducted supplemental searches and was reviewing the initial results of those supplemental searches for responsiveness. OIP has since completed its initial responsiveness review, processed the material initially determined to be responsive, and sent that material to other Executive Branch entities for consultation. OIP will provide Plaintiffs its response once the consultation process is complete.

4.      For Request FOIA-2021-01222, OIP provided its final response to Plaintiffs on March 8, 2022, explaining that no records responsive to the request were located. OIP intends to provide Plaintiffs with an informal search summary to facilitate further meet and confer discussions. OIP anticipates providing this informal search summary on or before January 6, 2023.

5.      For Request FOIA-2021-01223, OIP previously reported that it completed its search for records potentially responsive to this request. OIP provided Plaintiffs with a response on November 10, 2022. OIP additionally conducted a supplemental search and is in the process of completing an initial responsiveness review of the results of the supplemental search to confirm no additional responsive records exist. OIP anticipates that this initial responsiveness review will be complete on or about January 13, 2023.

6.      For Request FOIA-2021-01224, OIP previously reported that it completed its initial searches for records potentially responsive to this request and was reviewing the initial results of those searches for responsiveness. OIP has completed the initial responsiveness review of the results of those searches, and has located no responsive records. OIP is conducting an initial review of an additional set of material recently located to determine if any responsive material exists.

<u>Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")</u>

7. Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

8. Due to an administrative error, ATF's prior status report dated October 25, 2022, stated that it would make its first production of responsive records for request numbers 2021-0731 and 2021-0732 on or before December 1, 2022; however, ATF has proceeded by reviewing and processing potentially responsive records sequentially by request number.

9. For Request #2021-0731, ATF has completed its initial search and identified approximately 6,019 pages potentially responsive to this request. ATF will make its first production of responsive records for this request on or before February 1, 2023.

10. For Request #2021-0732, ATF completed its initial search and identified approximately 4,023 pages potentially responsive to this request. ATF will make its first production of responsive records once rolling productions for request #2021-0731 are completed.

11. For Request #2022-00050, ATF issued its final response on September 1, 2022. Plaintiffs have requested that ATF provide a search summary for this request. ATF provided a search summary to Plaintiffs' counsel on December 23, 2022, and the parties will continue to meet and confer about ATF's response.

12. For Request #2022-00064, ATF completed its search and identified approximately 1,712 pages potentially responsive to this request. ATF made its first production of responsive records for this request on November 30, 2022, reviewing 543 potentially responsive pages, removing 511 as non-responsive or duplicative, and releasing 32 pages in whole or in part.

13. For Request Numbers 2021-0731, 2021-0732, and 2022-00064, ATF will review no fewer than 500 pages per month, and make rolling productions every thirty days of any responsive documents and/or portions thereof it contends are non-exempt until all records are processed.

Parties' Schedule

Given these developments, the parties propose filing another status report in sixty days, or on or before February 21, 2023, to update the Court on the progress of Defendants' search, processing, and/or productions. As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues.

*****

| | |
|---|---|
| Dated: December 23, 2022 | Respectfully submitted, |
| /s/ Katie Townsend<br>Katie Townsend<br>D.C. Bar No. 1026115<br>Ktownsend@rcfp.org | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| Adam A. Marshall<br>D.C. Bar No. 1029423<br>Amarshall@rcfp.org | BRIAN P. HUDAK<br>Chief, Civil Division |
| Gunita Singh<br>D.C. Bar No. 1601923<br>Gsingh@rcfp.org | By: /s/ L'Shauneé Robertson<br>L'SHAUNTEE J. ROBERTSON,<br>D.C. Bar # 980248<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-1729<br>lshauntee.robertson@usdoj.gov |
| Reporters Committee for Freedom of the Press<br>1156 15th St, NW Suite 1020<br>Washington, DC 20005<br>(202) 795-9300 | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |