UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRACE MEDIA, INC. *et al.*,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>       *Defendants*. | Civil Action No. 22-2221 (TNM) |

## THIRD JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 23, 2022, the parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1. The parties present the following information:

1.      On October 4, 2022, the parties met and conferred regarding the scope of Plaintiffs' eight requests, as well as Defendants' processing and production of records responsive to these requests. Plaintiffs have since agreed to exclude from processing and production for all eight requests potentially responsive emails that consist solely of (1) news articles, (2) press clips, and (3) emails forwarding news articles or press clips, but to the extent that such forwarded emails have no additional text or content of any kind from agency personnel.

Office of Information Policy ("OIP")

2.      Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

3.      For Request FOIA-2021-01221, OIP issued a response to Plaintiffs on August 23, 2022. OIP previously reported that it conducted supplemental searches, completed its initial responsiveness review, processed the material initially determined to be responsive, and sent that material to other Executive Branch entities for consultation. The consultation process is nearly complete, and OIP anticipates providing its supplemental response in approximately four weeks.

4.      For Request FOIA-2021-01222, OIP provided its final response to Plaintiffs on March 8, 2022, explaining that no records responsive to the request were located.  On January 9, 2023, OIP provided Plaintiffs with an informal search summary to facilitate further meet and confer discussions.

5.      For Request FOIA-2021-01223, OIP previously reported that it completed its search for records potentially responsive to this request, and provided Plaintiffs with a response on November 10, 2022.  OIP additionally conducted a supplemental search and is in the process of completing an initial responsiveness review of the results of the supplemental search to confirm no additional responsive records exist.  While OIP anticipated that this initial responsiveness review would be complete, its review is still ongoing, and it will promptly update Plaintiffs if it determines additional responsive records exist that require processing.

6.      For Request FOIA-2021-01224, OIP previously reported that it completed its initial searches for records potentially responsive to this request had located no responsive records, but that OIP was conducting an initial review of an additional set of material located to determine if any responsive material exists.  Subsequently, by letter dated February 17, 2023, OIP provided its final response explaining that no records responsive to the request were located. As previously agreed, OIP will prepare an informal search summary for Plaintiffs to facilitate further meet and confer discussions.

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

7.      Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

8.      For Request #2021-0731, ATF has completed its initial search, and due to an administrative error reported in its prior status report dated December 23, 2022 that it had identified approximately 6,019 pages potentially responsive to this request.   ATF had in fact identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022.

9.      For Request #2021-0732, ATF has completed its initial search, and due to an administrative error reported in its prior status report dated December 23, 2022 that it had identified approximately 4,023 pages potentially responsive to this request.  ATF had in fact identified approximately 4,023 documents responsive to this request.   ATF made its third production of responsive records overall, and its first production of records responsive to this request, on January 31, 2023, reviewing 630 potentially responsive pages, removing 381 as non-responsive or duplicative, sending three pages to the Federal Bureau of Investigation for consult, and releasing 249 pages in whole or in part.   ATF has approximately 1,856 documents, or approximately 14,000 pages, left to review and process for this request.

10.     For Request #2022-00050, ATF issued its final response on September 1, 2022. Plaintiffs requested that ATF provide a search summary for this request.  ATF has provided a search summary to Plaintiffs' counsel and answered additional related questions asked by Plaintiffs' counsel.

11.     For Request #2022-00064, ATF has completed its search and processing. ATF made its second and final production of responsive records for this request on January 3, 2023, reviewing 1,548 potentially responsive pages, removing 1,481 as non-responsive or duplicative, sending six pages to the Office of Information Policy for consult, and releasing sixty-one pages

in whole or in part.

12.     For Request Numbers 2021-0731 and 2021-0732, ATF will review no fewer than 500 pages per month, and make rolling productions every thirty days of any responsive documents and/or portions thereof it contends are non-exempt until all records are processed.

13.     Given the number of pages Defendant ATF now represents it has located in response to Request Numbers 2021-0731 and 2021-0732, counsel for Plaintiffs intend to meet and confer with Defendants' counsel regarding these requests and their processing.

Parties' Schedule

Given these developments, the parties propose filing another status report in sixty days, or on or before April 24, 2023, to update the Court on the progress of Defendants' search, processing, and/or productions.  As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues.  The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

*****

Dated: February 23, 2022

Respectfully submitted,

*/s/ Adam A. Marshall*
Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

Katie Townsend
D.C. Bar No. 1026115
Ktownsend@rcfp.org

Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

By: _____*/s/*_____
     L'SHAUNTEE J. ROBERTSON,
     D.C. Bar # 980248
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-1729
     lshauntee.robertson@usdoj.gov

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Defendants*

*Counsel for Plaintiffs*