UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-2221 (TNM) |

**FOURTH JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 23, 2022, the parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1. The parties present the following information:

1. On October 4, 2022, the parties met and conferred regarding the scope of Plaintiffs' eight requests, as well as Defendants' processing and production of records responsive to these requests. Plaintiffs have since agreed to exclude from processing and production for all eight requests potentially responsive emails that consist solely of (1) news articles, (2) press clips, and (3) emails forwarding news articles or press clips, but to the extent that such forwarded emails have no additional text or content of any kind from agency personnel.

Office of Information Policy ("OIP")

2. Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

3. For Request FOIA-2021-01221, OIP issued a response to Plaintiffs on August 23, 2022. OIP previously reported that it conducted supplemental searches for records responsive to this request, and has since provided a supplemental response to Plaintiffs by letter dated April 18, 2023. OIP will provide a summary of its search for records responsive to this request on or before May 26, 2023.

4. For Request FOIA-2021-01222, OIP's processing is complete and a full summary of the processing of this item can be found in previous JSRs, *see* ECF No. 16.

5. For Request FOIA-2021-01223, OIP previously reported that it completed its search for records potentially responsive to this request, and provided Plaintiffs with a response on November 10, 2022. OIP conducted a supplemental search and is still in the process of completing an initial responsiveness review of the results of the supplemental search to confirm no additional responsive records exist. OIP will complete this initial responsiveness review on or before May 26, 2023, and update Plaintiffs if it determines additional responsive records exist that require processing.

6. For Request FOIA-2021-01224, OIP's processing is complete and a full summary of the processing of this item can be found in previous JSRs, *see* ECF No. 16. On April 24, 2023, OIP provided Plaintiffs with an informal search summary to facilitate further meet and confer discussions

<u>Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")</u>

7. Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

8. For Request #2021-0731, ATF completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022.

9. For Request #2021-0732, ATF completed its initial search and identified approximately 4,023 documents responsive to this request. ATF made a production of records responsive to this item on February 28, 2023, reviewing 593 pages, sending 12 pages to the FBI for consult, and releasing 212 pages with redactions to Plaintiffs. ATF also made a production of records responsive to this item on March 31, 2023, reviewing 504 pages, sending 7 pages to OIP for consult, and releasing 200 pages with redactions. ATF has approximately 1,483 documents, or approximately 11,982 pages, left to review and process for this request.

10. For Request #2022-00050, ATF's processing is complete and a full summary of the processing of this item can be found in previous JSRs, see ECF No. 16.

11. For Request #2022-00064, ATF's processing of this item is complete except for six pages of records pending consultation with OIP which ATF will send to Plaintiffs when consultation is complete.

12. For Request Numbers 2021-0731 and 2021-0732, ATF will review no fewer than 500 pages per month, and make rolling productions every thirty days of any responsive documents and/or portions thereof it contends are non-exempt until all records are processed. Counsel for Plaintiffs will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

## Parties' Schedule

Given these developments, the parties propose filing another status report in sixty days, or on or before June 23, 2023, to update the Court on the progress of Defendants' search, processing, and/or productions. As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues. The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

Dated: April 24, 2023

*/s/ Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115
Ktownsend@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _____*/s/*_____
L'SHAUNTEE J. ROBERTSON,
D.C. Bar # 980248
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
lshauntee.robertson@usdoj.gov

*Counsel for Defendants*