UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRACE MEDIA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-2221 (TNM) |

**<u>FIFTH JOINT STATUS REPORT</u>**

Pursuant to the Court's Minute Order dated February 23, 2022, the parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1.  The parties present the following information:

1.      On October 4, 2022, the parties met and conferred regarding the scope of Plaintiffs' eight requests, as well as Defendants' processing and production of records responsive to these requests.  Plaintiffs have since agreed to exclude from processing and production for all eight requests potentially responsive emails that consist solely of (1) news articles, (2) press clips, and (3) emails forwarding news articles or press clips, but to the extent that such forwarded emails have no additional text or content of any kind from agency personnel.

Office of Information Policy ("OIP")

2.      Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

3.      For Request FOIA-2021-01221, OIP issued a response to Plaintiffs on August 23, 2022, and additionally issued a supplemental response by letter dated April 18, 2023.  On June 1, 2023, OIP provided Plaintiffs with an informal search summary to facilitate further meet and confer discussions.

4.      For Request FOIA-2021-01222, OIP's processing is complete and a full summary of the processing of this item can be found in previous JSRs, *see* ECF No. 16.  On January 9, 2023, OIP provided Plaintiffs with an informal search summary to facilitate further meet and confer discussions.

5.      For Request FOIA-2021-01223, OIP previously reported that it completed its search for records potentially responsive to this request, and provided Plaintiffs with a response on November 10, 2022.  OIP conducted a supplemental search and, as of the last JSR, was still in the process of completing an initial responsiveness review of the results of the supplemental search to confirm no additional responsive records exist.  While OIP previously represented that it would complete this initial responsiveness review by this time, its review remains ongoing.  OIP will endeavor to complete the review no later than July 28, 2023, and will update Plaintiffs if it determines additional responsive records exist that require processing.

6.      For Request FOIA-2021-01224, OIP's processing is complete and a full summary of the processing of this item can be found in previous JSRs, *see* ECF No. 16.  On April 24, 2023, OIP provided Plaintiffs with an informal search summary to facilitate further meet and confer discussions.

<u>Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")</u>

7.      Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

8.      For Request #2021-0731, ATF completed its initial search and    identified

approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022.

9.     For Request #2021-0732, ATF completed its initial search and identified approximately 4,023 documents responsive to this request.  Since the filing of the last JSR, ATF made two more productions on May 2, 2023 and June 5, 2023.  For its May 2023 production, ATF reviewed 518 pages, removed 272 pages as non-responsive or duplicative, sent four pages to OIP for consult, sent five pages to the Executive Office for United States Attorneys for consult, and released 237 pages with redactions.  For its June 2023 production, ATF reviewed 504 pages, removed 311 pages as non-responsive or duplicative, and released 193 pages with redactions.  ATF now has approximately 925 documents, or 10,960 pages left to review and process for this request.

10.    For Request #2022-00050, ATF's processing is complete and a full summary of the processing of this item can be found in previous JSRs, *see* ECF No. 16.

11.    For Request #2022-00064, ATF's processing of this item is complete as the six pages of records previously pending consultation with OIP were included in ATF's March 31, 2023 production.

12.    For Request Number 2021-0732, ATF has reviewed no fewer than 500 pages per month, and made rolling productions every thirty days of any responsive documents and/or portions thereof it contends are non-exempt.  Counsel for Plaintiffs will continue to  meet and confer with Defendants' counsel regarding these requests and their processing.

Parties' Schedule

Given these developments, the parties propose filing another status report in sixty days, or on or before August 23, 2023, to update the Court on the progress of Defendants' search, processing, and/or productions.  As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues.

The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

Dated: June 23, 2023

*/s/ Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115
Ktownsend@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
    L'SHAUNTEE J. ROBERTSON,
    D.C. Bar # 980248
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-1729
    lshauntee.robertson@usdoj.gov

*Counsel for Defendants*