UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-2221 (TNM) |

## SIXTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated June 23, 2022, the parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1. The parties present the following information:

1. On October 4, 2022, the parties met and conferred regarding the scope of Plaintiffs' eight requests, as well as Defendants' processing and production of records responsive to these requests. Plaintiffs have since agreed to exclude from processing and production for all eight requests potentially responsive emails that consist solely of (1) news articles, (2) press clips, and (3) emails forwarding news articles or press clips, but to the extent that such forwarded emails have no additional text or content of any kind from agency personnel.

Office of Information Policy ("OIP")

2. Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

3. For Request FOIA-2021-01221, OIP issued a response to Plaintiffs on August 23, 2022, and additionally issued a supplemental response by letter dated April 18, 2023. On June 1, 2023, OIP provided Plaintiffs with an informal search summary to facilitate further meet and confer discussions.

4. For Request FOIA-2021-01222, OIP's processing is complete and a full summary of the processing of this item can be found in previous JSRs, *see* ECF Nos. 16, 18.

5. For Request FOIA-2021-01223, OIP previously reported that it completed its search for records potentially responsive to this request, and provided Plaintiffs with a response on November 10, 2022. OIP conducted a supplemental search and stated it would endeavor to complete the review no later than July 28, 2023, *see* ECF No. 18, and would update Plaintiffs if it determines additional responsive records exist that require processing. OIP has completed its initial responsiveness review of the supplemental search results and is working on a short explanation of the material reviewed to determine if any potentially responsive documents are of interest to Plaintiff for processing and response.

6. For Request FOIA-2021-01224, OIP's processing is complete and a full summary of the processing of this item can be found in previous JSRs, *see* ECF Nos. 16, 18.

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

7. Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

8. For Request #2021-0731, ATF completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022.

9. For Request #2021-0732, ATF completed its initial search and identified approximately 4,023 documents responsive to this request. Since the filing of the last JSR, ATF

made two productions on July 6, 2023 and August 1, 2023.  For its July 2023 production, ATF reviewed 528 pages, removed 374 pages as non-responsive or duplicative, and released 154 pages with redactions.  For its August 2023 production, ATF reviewed 524 pages, removed 320 pages as non-responsive or duplicative, sent 16 pages to the FBI for consult, and released 188 pages with redactions.  ATF now has approximately 726 documents, or 8856 pages left to review and process for this request.

    10.    For Request #2022-00050, ATF's processing is complete and a full summary of the processing of this item can be found in previous JSRs, *see* ECF No. 16.

    11.    For Request #2022-00064, ATF's processing of this item is complete.

    12.    For Request Number 2021-0732, ATF has reviewed no fewer than 500 pages per month, and made rolling productions every thirty days of any responsive documents and/or portions thereof it contends are non-exempt.  Counsel for Plaintiffs will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

<u>Parties' Schedule</u>

Given these developments, the parties propose filing another status report in sixty days, or on or before October 23, 2023, to update the Court on the progress of Defendants' search, processing, and/or productions.  As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues.  The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

Dated: August 23, 2023

*/s/ Adam A. Marshall*
Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Katie Townsend
D.C. Bar No. 1026115
Ktownsend@rcfp.org

Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____*/s/*_____
L'SHAUNTEE J. ROBERTSON,
D.C. Bar # 980248
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
lshauntee.robertson@usdoj.gov

*Counsel for Defendants*

4