UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-2221 (TNM) |

## EIGHTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 23, 2023, the parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1. The parties present the following information:

1.  On October 4, 2022, the parties met and conferred regarding the scope of Plaintiffs' eight requests, as well as Defendants' processing and production of records responsive to these requests. Plaintiffs have since agreed to exclude from processing and production for all eight requests potentially responsive emails that consist solely of (1) news articles, (2) press clips, and (3) emails forwarding news articles or press clips, but to the extent that such forwarded emails have no additional text or content of any kind from agency personnel.

<u>Office of Information Policy ("OIP")</u>

2.  Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

3. Request FOIA-2021-01221, now complete, is discussed in prior status reports. *See* ECF No. 20.

4. Request FOIA-2021-01222, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

5. For Request FOIA-2021-01223, OIP previously reported that it completed its search for records potentially responsive to this request, and provided Plaintiffs with a response on November 10, 2022. Additionally, OIP previously reported that it conducted a supplemental search and that it completed its initial responsiveness review of the supplemental search results. By email through counsel on October 23, 2023, OIP provided a short description of the material reviewed to determine if any categories of potentially responsive documents are of interest to Plaintiffs for processing and response. On October 27, 2023, Plaintiffs' counsel provided their response, and OIP is processing two additional categories of records responsive to this request. Once OIP's final response relating to these categories of documents is complete, it will provide Plaintiffs with an informal search summary to facilitate further meet and confer discussions.

6. Request FOIA-2021-01224, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

<u>Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")</u>

7. Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

8. For Request #2021-0731, ATF completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022. ATF has commenced review and processing for this request. ATF will continue to review no fewer than 500 pages per month, and make rolling productions approximately every thirty days of any responsive documents and/or portions thereof it contends

are non-exempt. Counsel for Plaintiffs will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

9. For Request #2021-0732, ATF completed its initial search and identified approximately 4,023 documents responsive to this request. Since the filing of the last JSR, ATF made two productions on November 1, 2023 and December 1, 2023. For its November 1, 2023 production, ATF reviewed 525 pages, removed 307 pages as non-responsive or duplicative, and released 218 pages with redactions. For its December 1, 2023 production, ATF reviewed 504 pages, removed 229 pages as non-responsive or duplicative, and released 275 pages with redactions. It has come to ATF's attention that after it completes review and processing for its January 2024 production, all remaining pages previously pending for review in this request will be duplicates of records ATF has already processed in this matter. As such, ATF will complete processing for this request in its January 2024 production.

10. Request #2022-00050, now complete, is discussed in previous JSRs. *See* ECF No. 16.

11. For Request #2022-00064, ATF's processing of this item is complete.

Parties' Schedule

Given these developments, the parties propose filing another status report in sixty days, or on or before February 20, 2024, to update the Court on the progress of Defendants' search, processing, and/or productions. As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues. The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

Dated: December 22, 2023

*/s/ Adam A. Marshall*
Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Katie Townsend
D.C. Bar No. 1026115
Ktownsend@rcfp.org

Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____*/s/*_____
L'SHAUNTEE J. ROBERTSON,
D.C. Bar # 980248
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
lshauntee.robertson@usdoj.gov

*Counsel for Defendants*