UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. *et al.*,<br><br>                   *Plaintiffs*,<br><br>          v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>                   *Defendants*. | Civil Action No. 22-2221 (TNM) |

**NINTH JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated December 22, 2023, the parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1. The parties present the following information:

1.      On October 4, 2022, the parties met and conferred regarding the scope of Plaintiffs' eight requests, as well as Defendants' processing and production of records responsive to these requests. Plaintiffs have since agreed to exclude from processing and production for all eight requests potentially responsive emails that consist solely of (1) news articles, (2) press clips, and (3) emails forwarding news articles or press clips, but to the extent that such forwarded emails have no additional text or content of any kind from agency personnel.

Office of Information Policy ("OIP")

2.      Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

3. Request FOIA-2021-01221, now complete, is discussed in prior status reports. *See* ECF No. 20.

4. Request FOIA-2021-01222, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

5. For Request FOIA-2021-01223, OIP previously reported that it completed its search for records potentially responsive to this request, and provided Plaintiffs with a response on November 10, 2022. Additionally, OIP previously reported that it conducted a supplemental search and that it completed its initial responsiveness review of the supplemental search results. By email through counsel on October 23, 2023, OIP provided a short description of the material reviewed to determine if any categories of potentially responsive documents are of interest to Plaintiffs for processing and response. On October 27, 2023, Plaintiffs' counsel provided their response. OIP has since completed the initial processing of the material Plaintiffs indicated that they wanted processed, and circulated that material to other Executive Branch equity holders for consultation. OIP will provide its response once the consultation process is complete. Additionally, on February 20, 2024, OIP provided Plaintiffs with an informal search summary for this request to facilitate further meet and confer discussions.

6. Request FOIA-2021-01224, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

7. Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

8. For Request #2021-0731, ATF previously completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022. Since the filing of the last JSR, ATF made one

production for this request dated January 31, 2024, reviewing 523 pages, removing 308 as non-responsive or duplicative, and releasing 215 pages with redactions.  It has also come to ATF's attention that after removing additional duplicative records, ATF now has approximately 3,884 documents totaling 14,620 pages remaining for review and processing. ATF will continue to review no fewer than 500 pages per month, and make rolling productions approximately every thirty days of any responsive documents and/or portions thereof it contends are non-exempt.  Counsel for Plaintiffs will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

9. For Request #2021-0732, ATF's processing of this item is complete.

10. Request #2022-00050, now complete, is discussed in previous JSRs. *See* ECF No. 16.

11. For Request #2022-00064, ATF's processing of this item is complete.

Parties' Schedule

Given these developments, the parties propose filing another status report in sixty days, or on or before April 22, 2024[1], to update the Court on the progress of Defendants' search, processing, and/or productions.  As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues. The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

---

[1] Sixty days from February 20, 2024 falls on Saturday, April 20, 2024.  The proposed date reflects the first business day thereafter.

| | |
|---|---|
| Dated: February 20, 2024 | Respectfully submitted, |
| /s/ Adam A. Marshall<br>Adam A. Marshall<br>D.C. Bar No. 1029423<br>Amarshall@rcfp.org | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| Katie Townsend<br>D.C. Bar No. 1026115<br>Ktownsend@rcfp.org | BRIAN P. HUDAK<br>Chief, Civil Division |
| Gunita Singh<br>D.C. Bar No. 1601923<br>Gsingh@rcfp.org | By: _____/s/_____<br>L'SHAUNTEE J. ROBERTSON,<br>D.C. Bar # 980248<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-1729<br>lshauntee.robertson@usdoj.gov |
| Reporters Committee for Freedom of the Press<br>1156 15th St, NW Suite 1020<br>Washington, DC 20005<br>(202) 795-9300 | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

4