UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-2221 (TNM) |

**TENTH JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 21, 2024, the parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1. The parties present the following information:

1. On October 4, 2022, the parties met and conferred regarding the scope of Plaintiffs' eight requests, as well as Defendants' processing and production of records responsive to these requests. Plaintiffs have since agreed to exclude from processing and production for all eight requests potentially responsive emails that consist solely of (1) news articles, (2) press clips, and (3) emails forwarding news articles or press clips, but to the extent that such forwarded emails have no additional text or content of any kind from agency personnel.

Office of Information Policy ("OIP")

2. Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

3. Request FOIA-2021-01221, now complete, is discussed in prior status reports. *See* ECF No. 20.

4. Request FOIA-2021-01222, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

5. For Request FOIA-2021-01223, OIP previously reported that it provided Plaintiffs with an informal search summary for this request to facilitate further meet and confer discussions. Additionally, OIP reported that it completed the initial processing of the material Plaintiffs indicated that they wanted processed, and circulated that material to other Executive Branch equity holders for consultation. While the consultation process remains ongoing, OIP has been in contact with consulting entities seeking status, and OIP will provide its response once the consultation process is complete.

6. Request FOIA-2021-01224, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

7. Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

8. For Request #2021-0731, ATF previously completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022. Since the filing of the last JSR, ATF made two productions for this request. The first was sent February 29, 2024 after reviewing 509 pages, removing 316 as nonresponsive or duplicative, and releasing 193 pages with redactions. The second was sent March 31, 2024 after reviewing 501 pages, removing 338 pages as nonresponsive or duplicative, and releasing 160 pages with redactions. ATF now has approximately 3,593 documents totaling 13,610 pages remaining for review and processing. ATF will continue to review no fewer than 500 pages

per month, and make rolling productions approximately every thirty days of any responsive documents and/or portions thereof it contends are non-exempt. Counsel for Plaintiffs will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

9. For Request #2021-0732, ATF's processing of this item is complete.

10. Request #2022-00050, now complete, is discussed in previous JSRs. *See* ECF No. 16.

11. For Request #2022-00064, ATF's processing of this item is complete.

## Parties' Schedule

Given these developments, the parties propose filing another status on or before June 24, 2024, to update the Court on the progress of Defendants' search, processing, and/or productions. As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues. The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

| | |
|---|---|
| Dated: April 22, 2024 | Respectfully submitted, |
| /s/ Adam A. Marshall<br>Adam A. Marshall<br>D.C. Bar No. 1029423<br>Amarshall@rcfp.org | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| Katie Townsend<br>D.C. Bar No. 1026115<br>Ktownsend@rcfp.org | BRIAN P. HUDAK<br>Chief, Civil Division |
| Gunita Singh<br>D.C. Bar No. 1601923<br>Gsingh@rcfp.org | By: _____/s/_____<br>L'SHAUNTEE J. ROBERTSON,<br>D.C. Bar # 980248<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-1729<br>lshauntee.robertson@usdoj.gov |
| Reporters Committee for Freedom of the Press<br>1156 15th St, NW Suite 1020<br>Washington, DC 20005<br>(202) 795-9300 | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

4