UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 22-2221 (TNM) |

**FIFTEENTH JOINT STATUS REPORT**

The parties have conferred and provide the following joint status report. This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1. The parties present the following information:

Office of Information Policy ("OIP")

1. Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

2. Request FOIA-2021-01221, now complete, is discussed in prior status reports. *See* ECF No. 20.

3. Request FOIA-2021-01222, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

4. For Request FOIA-2021-01223, OIP previously reported that it provided Plaintiffs with an informal search summary for this request to facilitate further meet and confer discussions. Additionally, OIP reported that it completed the initial processing of the material Plaintiffs indicated that they wanted processed, and circulated that material to other Executive Branch equity holders

for consultation. OIP will provide its final response as soon as it is able, which it anticipates will occur within the next two weeks.

5. Request FOIA-2021-01224, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

### Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

6. Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

7. For Request #2021-0731, ATF previously completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022. Since the filing of the last JSR, ATF made two productions for this request. ATF sent the first production on November 25, 2024 after reviewing 500 pages, removing 424 as nonresponsive or duplicative, and releasing 76 pages with redactions. ATF sent the second production on December 27, 2024 after reviewing 500 pages, removing 394 as nonresponsive or duplicative, and releasing 106 pages with redactions. ATF now has approximately 1,892 documents totaling 8,972 pages remaining for review and processing. ATF will continue to review no fewer than 500 pages per month, and make rolling productions approximately every thirty days of any responsive documents and/or portions thereof it contends are non-exempt. Counsel for Plaintiffs will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

8. For Request #2021-0732, ATF's processing of this item is complete.

9. Request #2022-00050, now complete, is discussed in previous JSRs. *See* ECF No. 16.

10. For Request #2022-00064, ATF's processing of this item is complete.

### Parties' Schedule

Given these developments, the parties propose filing another status on or before April 18, 2025, to update the Court on the progress of Defendants' search, processing, and/or productions. As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues. The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

\*      \*      \*

| | |
|---|---|
| Dated: February 18, 2025 | Respectfully submitted, |
| <u>/s/ Gunita Singh</u><br>Gunita Singh<br>D.C. Bar No. 1601923<br>Gsingh@rcfp.org | EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney |
| Adam A. Marshall<br>D.C. Bar No. 1029423<br>Amarshall@rcfp.org | BRIAN P. HUDAK<br>Chief, Civil Division |
| Reporters Committee for Freedom of the Press<br>1156 15th St, NW Suite 1020<br>Washington, DC 20005<br>(202) 795-9300 | BY: /s/ L'Shauntee J. Robertson<br>L'SHAUNTEE J. ROBERTSON<br>D.C. Bar #980248<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, DC 20530<br>(202) 252-1729<br>lshauntee.robertson@usdoj.gov |
| *Counsel for Plaintiffs* | *Attorneys for the United States of America* |