UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 22-2221 (TNM) |

**EIGHTEENTH JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Feb. 21, 2024), Plaintiffs Trace Media, Inc. and Will Van Sant and Defendants Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") by and through the undersigned counsel, respectfully file this. Joint Status Report ("JSR"). This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1.

Office of Information Policy ("OIP")

1.  Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

2.  Request FOIA-2021-01221, now complete, is discussed in prior status reports. *See* ECF No. 20.

3.  Request FOIA-2021-01222, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

4.  Request FOIA-2021-01223, now complete, is discussed in previous JSRs. *See* ECF No. 32.

5. Request FOIA-2021-01224, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

## Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

6. Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

7. For Request #2021-0731, ATF previously completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022. Since the filing of the last JSR, ATF made two productions for this request. ATF sent the first production on June 26, 2025, after reviewing 500 pages, removing 475 as nonresponsive or duplicative, and releasing twenty-five pages with redactions. ATF sent the second production on July 31, 2025, after reviewing 505 pages, removing 458 as nonresponsive or duplicative, and releasing forty-seven pages with redactions. ATF now has approximately 787 documents totaling 5,134 pages remaining for review and processing. ATF will continue to review no fewer than 500 pages per month and make rolling productions approximately every thirty days of any responsive documents and/or portions thereof it contends are non-exempt. Counsel for Plaintiffs will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

8. For Request #2021-0732, ATF's processing of this item is complete.

9. Request #2022-00050, now complete, is discussed in previous JSRs. *See* ECF No. 16.

10. For Request #2022-00064, ATF's processing of this item is complete.

## Parties' Schedule

Given these developments, the parties propose filing another JSR by November 18, 2025, to update the Court on the progress of Defendants' search, processing, and/or productions. As previously reported, the parties expect to meet and confer regarding any final determinations to

discuss the possibility of eliminating or narrowing any issues. The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

Dated: August 18, 2025

*/s/ Gunita Singh*
Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Bradley G. Silverman*
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*