UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 22-2221 (TNM) |

### NINETEENTH JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Feb. 21, 2024) and Standing Order No. 25-59 (Nov. 13, 2025), Plaintiffs Trace Media, Inc. and Will Van Sant and Defendants Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR"). This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiffs' eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1.

Office of Information Policy ("OIP")

1.    Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.

2.    Request FOIA-2021-01221, now complete, is discussed in prior status reports. *See* ECF No. 20.

3.    Request FO IA-2021-01222, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

4. Request FOIA-2021-01223, now complete, is discussed in previous JSRs. *See* ECF No. 32.

5. Request FOIA-2021-01224, now complete, is discussed in previous JSRs. *See* ECF Nos. 16, 18.

<u>Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")</u>

6. Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.

7. For Request #2021-0731, ATF previously completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022. Since the filing of the last JSR, ATF made four productions for this request. ATF sent the first production on August 29, 2025, after reviewing 552 pages, removing 519 as nonresponsive or duplicative, and releasing 33 pages with redactions. ATF sent the second production on September 30, 2025, after reviewing 522 pages, removing 481 as nonresponsive or duplicative, and releasing 41 pages with redactions.

8. Due to the recent government shutdown, ATF sent the latter two productions on December 5, 2025, after reviewing 1,034 pages, removing 925 as nonresponsive or duplicative, withholding eighteen pages in full, and releasing ninety-one pages with redactions. ATF now has approximately 599 documents totaling 2,996 pages remaining for review and processing. ATF will continue to review no fewer than 500 pages per month and make rolling productions approximately every thirty days of any responsive documents and/or portions thereof it contends are non-exempt. Counsel for Plaintiffs will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

9. For Request #2021-0732, ATF's processing of this item is complete.

10. Request #2022-00050, now complete, is discussed in previous JSRs. *See* ECF No. 16.

11. For Request #2022-00064, ATF's processing of this item is complete.

Parties' Schedule

Given these developments, the parties propose filing another JSR by February 9, 2026, to update the Court on the progress of Defendants' search, processing, and/or productions. As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues. The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

| | |
|---|---|
| Dated: December 9, 2025 | Respectfully submitted, |
| */s/ Gunita Singh* <br> Gunita Singh <br> D.C. Bar No. 1601923 <br> Gsingh@rcfp.org | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By:  */s/ Andrew J. Vaden* <br>     ANDREW J. VADEN <br>     Assistant United States Attorney <br>     D.C. Bar #1044860 <br>     601 D Street, NW <br>     Washington, DC 20530 <br>     (202) 252-2437 <br>     Andrew.Vaden@usdoj.gov |
| Adam A. Marshall <br> D.C. Bar No. 1029423 <br> Amarshall@rcfp.org | |
| Reporters Committee for Freedom of the Press <br> 1156 15th St, NW Suite 1020 <br> Washington, DC 20005 <br> (202) 795-9300 | *Attorney for the United States of America* |
| *Counsel for Plaintiffs* | |