UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACE MEDIA, INC. *et al.*,

    Plaintiffs,

v.                       Civil Action No. 22-2221 (TNM)

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

**DECLARATION OF WILL VAN SANT**

I, Will Van Sant, declare as follows:

1. I am a plaintiff in the above-captioned case. I submit this Declaration in support of Plaintiffs' Unopposed Motion to Drop Plaintiff Will Van Sant. I have personal knowledge of the matters described herein.

2. I am no longer an employee of Trace Media, Inc. As a result, I no longer wish to proceed as a litigant in the above-captioned case.

3. I consent to being dropped as a plaintiff in the above-captioned case, and further consent for Trace Media to continue as the sole plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of January 2026 in PORTLAND, ME.

_____
Will Van Sant

-2-