UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACE MEDIA, INC.,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

Civil Action No. 22-2221 (TNM)

**TWENTIETH JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Feb. 21, 2024), Plaintiff Trace Media, Inc. and Defendants Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR"). This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiff's eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1.

Office of Information Policy ("OIP")

1.    Plaintiffs' four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224. Processing of these requests is complete, as discussed in previous status reports.

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

2.    Plaintiffs' four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064. Processing of

requests #2021-0732, #2022-00050, and #2022-00064 is complete, as discussed in previous status reports.

3.     For Request #2021-0731, ATF previously completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022. Since the filing of the last JSR, ATF made two productions for this request. ATF sent the first production on January 1, 2026, after reviewing 500 pages, removing 463 as nonresponsive or duplicative, and releasing 37 pages with redactions. ATF sent the second production on January 30, 2026, after reviewing 500 pages, removing 489 as nonresponsive or duplicative, and releasing 11 pages with redactions.

4.     ATF now has approximately 399 documents totaling 1,996 pages remaining for review and processing. ATF will continue to review no fewer than 500 pages per month and make rolling productions approximately every thirty days of any responsive documents and/or portions thereof it contends are non-exempt. Counsel for Plaintiffs will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

Parties' Schedule

5.     Given these developments, the parties propose filing another JSR by April 10, 2026, to update the Court on the progress of Defendants' search, processing, and/or productions. As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues. The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

- 3 -

Dated: February 9, 2026

*/s/ Gunita Singh*
Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Andrew J. Vaden*
ANDREW J. VADEN
Assistant United States Attorney
D.C. Bar #1044860
601 D Street, NW
Washington, DC 20530
(202) 252-2437
Andrew.Vaden@usdoj.gov

*Attorney for the United States of America*