UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 22-2221 (TNM) |

## TWENTY-FIRST JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Feb. 21, 2024), Plaintiff Trace Media, Inc. and Defendants Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR"). This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiff's eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1.

### Office of Information Policy ("OIP")

1. Plaintiff's four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021 -01223, and FOIA-2021-01224. Processing of these requests is now complete, as discussed in previous status reports.

### Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

2. Plaintiff's four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064. Processing of

requests #2021-0732, #2022-00050, and #2022-00064 is now complete, as discussed in previous status reports.

3.      For Request #2021-0731, ATF previously completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022. Since the filing of the last JSR, ATF made two productions for this request. ATF sent the first production on February 27, 2026, after reviewing 511 pages, removing 483 as nonresponsive or duplicative, releasing 19 pages with redactions, and withholding 9 pages in full.  ATF sent the second production on March 31, 2026, after reviewing 512 pages, removing 483 as nonresponsive or duplicative, and releasing 29 pages with redactions.

4.      ATF now has approximately 194 documents totaling 973 pages remaining for review and processing. ATF will continue to review no fewer than 500 pages per month and make rolling productions approximately every thirty days of any responsive documents and/or portions thereof it contends are non-exempt.  Counsel for Plaintiff will continue to meet and confer with Defendants' counsel regarding these requests and their processing.

<u>Parties' Schedule</u>

5.      Given these developments, the parties propose filing another JSR by June 9, 2026, to update the Court on the progress of Defendants' search, processing, and/or productions. As previously reported, the parties expect to meet and confer regarding any final determinations to discuss the possibility of eliminating or narrowing any issues. The parties will recommend a briefing schedule and indicate for the Court whether the Government plans to file a *Vaughn* index if and/or when the parties determine that they are unable to eliminate all issues requiring judicial resolution.

- 3 -

Dated: April 10, 2026

/s/ Gunita Singh
Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Andrew J. Vaden
       ANDREW J. VADEN
       Assistant United States Attorney
       D.C. Bar #1044860
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2437
       Andrew.Vaden@usdoj.gov

*Attorney for the United States of America*