UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRACE MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 22-2221 (TNM) |

**TWENTY-SECOND JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Feb. 21, 2024), Plaintiff Trace Media, Inc. and Defendants Department of Justice and Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR"). This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiff's eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1.

Office of Information Policy ("OIP")

1. Plaintiff's four FOIA requests that are being processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021 -01223, and FOIA-2021-01224.  Processing of these requests is now complete, as discussed in previous status reports.

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

2. Plaintiff's four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.  Processing of

requests #2021-0732, #2022-00050, and #2022-00064 is now complete, as discussed in previous status reports.

3.      For Request #2021-0731, ATF previously completed its initial search and identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request as of December 23, 2022. Since the filing of the last JSR, ATF made two productions for this request. ATF sent the first production on April 30, 2026, after reviewing 507 pages, removing 477 as nonresponsive or duplicative, releasing 30 pages with redactions.  ATF sent the second production on May 29, 2026, after reviewing 464 pages, removing 459 as nonresponsive or duplicative, and releasing 5 pages with redactions.

4.      On May 29, 2026, ATF informed Plaintiff that it had completed the review and production of non-exempt records responsive to request #2021-0731.  Plaintiff is reviewing the productions and on June 9, Plaintiff's counsel asked Defendants' counsel if Defendants would provide Plaintiff with a draft *Vaughn* index to enable Plaintiff to evaluate Defendants' withholdings and potentially narrow the issues in dispute. The parties will meet and confer regarding next steps in this litigation.  Given these developments, the parties propose filing another JSR by August 10, 2026.

Dated: June 9, 2026

Respectfully submitted,

*/s/ Gunita Singh*
Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

JEANINE FERRIS PIRRO
United States Attorney

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

By:  */s/ Andrew J. Vaden*
       ANDREW J. VADEN
       Assistant United States Attorney
       D.C. Bar #1044860
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2437
       Andrew.Vaden@usdoj.gov

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020

- 3 -

Washington, DC 20005
(202) 795-9300

*Attorney for the United States of America*

*Counsel for Plaintiff*

- 3 -