UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 22-2221 (TNM) |

## TWENTY-THIRD JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Feb. 21, 2024), Plaintiff Trace Media, Inc. and Defendants Department of Justice and Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR"). This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiff's eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1.

### Office of Information Policy ("OIP")

1.      Plaintiff's four FOIA requests processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224.  Processing of these requests is complete, as discussed in previous status reports.

### Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

2.      Plaintiff's four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064.  Processing of

requests #2021-0732, #2022-00050, and #2022-00064 is now complete, as discussed in previous status reports.

3. For Request #2021-0731, ATF identified approximately 4,578 documents totaling approximately 29,296 pages potentially responsive to the request.

4. On May 29, 2026, ATF informed Plaintiff that it had completed the review and production of records it contends are non-exempt that are responsive to request #2021-0731. Plaintiff's counsel asked Defendants' counsel if Defendants would provide Plaintiff with a draft *Vaughn* index to enable Plaintiff to evaluate Defendants' withholdings and potentially narrow the issues in dispute. Defendants have agreed that (1) ATF will prepare a draft *Vaughn* index for the records withheld-in-full by ATF in this matter, and estimate that such indices will be provided to Plaintiff by August 31, and (2) OIP will provide a summary of its withheld-in-full records to Plaintiff, and estimates it will also provide this information by August 31. Given these developments, the parties propose filing another JSR by October 8, 2026.

Dated: August 10, 2026

Respectfully submitted,

/s/ Gunita Singh
Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Andrew J. Vaden
ANDREW J. VADEN
Assistant United States Attorney
D.C. Bar #1044860
601 D Street, NW
Washington, DC 20530
(202) 252-2437
Andrew.Vaden@usdoj.gov

*Attorney for the United States of America*

- 2 -