UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACE MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 22-2221 (TNM) |

**TWENTY-FOURTH JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Feb. 21, 2024), Plaintiff Trace Media, Inc. and Defendants Department of Justice and Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR"). This Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), action concerns Plaintiff's eight separate requests for records relating to certain communications among the Department of Justice, ATF, and certain lobbyists. *See* Compl., ECF No. 1.

Office of Information Policy ("OIP")

1. Plaintiff's four FOIA requests processed by OIP in this action are identified with the following tracking numbers: FOIA-2021-01221, FOIA-2021-01222, FOIA-2021-01223, and FOIA-2021-01224. Processing of these requests is complete, as discussed in previous status reports.

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

2. Plaintiff's four requests to ATF in this action are identified with the following tracking numbers: #2021-0731, #2021-0732, #2022-00050, and #2022-00064. Processing of these requests is now complete, as discussed in the previous status report.

3. Plaintiff's counsel had asked Defendants' counsel if Defendants would provide Plaintiff with a draft *Vaughn* index to enable Plaintiff to evaluate Defendants' withholdings and potentially narrow the issues in dispute. Defendants have provided such draft *Vaughn* indices.

4. The parties have determined that dispositive motions practice is appropriate at this time with respect to the four requests to ATF. The parties have agreed to limit the scope of summary judgment briefing to approximately 200 redactions in addition to the records withheld-in-full by Defendants. Because the parties are not aligned on a proposed briefing schedule, the parties' respective proposals are presented in turn.

5. Plaintiff respectfully proposes the following deadlines for such briefing:

Defendants' motion for summary judgment shall be due on or before January 5, 2027;

Plaintiff's opposition and cross-motion shall be due shall be due on or before February 16, 2027;

Defendants' opposition and reply shall be due on or before March 28, 2027;

Plaintiff's reply shall be due on or before May 2, 2027.

6. Defendants propose the following deadlines for briefing to account for the large number of redactions that Plaintiff intends to place at issue:

Defendants' motion for summary judgment due by February 1, 2027;

Plaintiff's opposition and cross-motion due by March 15, 2027;

Defendants' opposition and reply shall be due on or before April 26, 2027; and

Plaintiff's reply shall be due on or before June 7, 2027.

* * *

Dated: October 8, 2026

Respectfully submitted,

*/s/ Gunita Singh*
Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Reporters Committee for Freedom of the Press
1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Andrew J. Vaden*
ANDREW J. VADEN
Assistant United States Attorney
D.C. Bar #1044860
601 D Street, NW
Washington, DC 20530
(202) 252-2437
Andrew.Vaden@usdoj.gov

*Attorney for the United States of America*